UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

STARNET INSURANCE COMPANY                                                    PLAINTIFF

v.                                      No. 2:18-cv-2026

SHEPARD GROUP, LLC, et al.                                                 DEFENDANTS

## JUDGMENT

Pursuant to the order entered in this case on this date, IT IS ORDERED AND ADJUDGED that there is no coverage under StarNet's policy number BA-15-12-00256 issued to Shepard Group, LLC for any bodily injury, including to any passenger, property damage, medical expense, or aircraft and physical damage sustained by any party, arising out of the June 8, 2016 accident. StarNet has no duty to defend or indemnify Shepard Group, LLC in any suit or suits arising from this accident, nor any duty to pay any settlement, judgment, fees, or costs resulting from such suit. Plaintiff's complaint is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 3rd day of January, 2019.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE